UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BOBBY MILLER                                            CIVIL ACTION

VERSUS                                                  NO: 17-1885

LIFE INSURANCE COMPANY OF                               SECTION "N" (4)
NORTH AMERICA AND THE CON-
WAY BENEFIT PLAN

## **J U D G M E N T**

For the reasons set forth in the Court's Order dated December 28, 2017 (Rec. Doc. 17); accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, Life Insurance Company of North America and The Con-Way Benefit Plan, and against plaintiff, Bobby Miller, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana this   18th   day of   January  ,   2018   .

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE